# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2257
L.T. Case No. 16-2014-CF-7403-A

_____

DARNELL WASHINGTON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Darnell Washington, Raiford, pro se.

No Appearance for Appellee.

October 1, 2024

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).


LAMBERT, HARRIS, and MACIVER , JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––